## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re** | § **CASE NO. 09-36638** |
| | § |
| **MSB ENERGY, INC.,** | § **Chapter 11** |
| | § |
| | § **Judge Jeff Bohm** |
| **Debtor.** | § |
| | § |
| | § |

## DEBTOR'S MOTION TO EXTEND EFFECTIVE DATE OF PLAN OF REORGANIZATION (EXPEDITED HEARING REQUESTED ON JUNE 29, 2010)

MSB Energy, Inc., debtor and debtor-in-possession ("Debtor"), files this Motion to Extend Effective Date of Plan of Reorganization, and would respectfully show the Court as follows:

### I. JURISDICTION AND VENUE

1.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  The Court possesses the requisite authority to grant the relief described herein pursuant to Section 105(a) of the Bankruptcy Code and the Debtor's Third Amended Plan of Reorganization, as modified.

### II. FACTUAL BACKGROUND

2.     On June 2, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11, Title 11, United States Code in the United States Bankruptcy Court for the Eastern District of Texas.  Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtor is operating its businesses and managing its property as a Debtor-in-Possession.

3.      On March 3, 2010, the Court entered an Order confirming the Debtor's Third Amended Plan of Reorganization (the "Confirmation Order", Docket No. 742), as modified by the First Modification to Debtor's Third Amended Plan of Reorganization (the "Modification", Docket No. 707).   The Confirmation Order also contained provisions modifying the plan of reorganization.  The Third Amended Plan of Reorganization, as modified by the Modification and the Confirmation Order, is hereinafter referred to as the "Plan".

4.      Under the Plan, payment of all allowed claims and execution of all Plan transactions must occur no later than the "Effective Date", which is defined in section 1.28 of the Plan.  Under that definition, the Effective Date must "occur no later than 120 days after the Confirmation Date, or such later date as the Bankruptcy Court may approve after motion filed by the Debtor".  The 120th day after the date of entry of the Confirmation Order is July 1, 2010.

5.       By this motion, the Debtor seeks to extend the Effective Date for the following reasons:

  a.      **Sale of properties by auction.**  The Debtor has placed several properties for sale with EnergyNet.com, an internet marketplace for oil, gas and mineral auctions.  A list of these properties is attached hereto as Exhibit "A".   These properties were first listed for sale online on June 3, 2010, and although some bids have been received, the Debtor and EnergyNet.com believe that an extension of the time for bidding for 2-4 weeks will result in higher and more bids.

  b.      **Opening of Freedom Pipeline.**  The Debtor and Freedom Pipeline, LLC have just reached a new agreement to re-open the gas pipeline that transports gas from six of the Debtor's North Texas wells to market.  Due to various disputes

between the Debtor and Freedom Pipeline during this case, this pipeline has been unavailable to the Debtor since the beginning of 2010, which resulted in the shut-in of these wells. Now that these wells have been reconnected to a gas transportation pipeline, they are marketable for sale. The Debtor wishes to sell these wells in order to make payments due to creditors under the Plan, but cannot market and sell the wells in the time available before July 1st. The Debtor estimates that the time necessary to market and close the sale of these wells at auction or to individual buyers will 60-90 days.

c.      **Severance tax refund.** The Debtor is entitled to a severance tax refund from the State of Texas in the amount of $348,133.14. The State acknowledges this obligation. The Debtor has hired a consultant, Trinity Petroleum Consultants, Ltd., to complete the administrative process necessary to receive the refund. The consultant estimates that it will take approximately sixty days to complete this process.

d.      **Sale of Laurel Minerals lease.** This lease is part of the properties currently listed for sale with EnergyNet.com. However, it is has not drawn any bids due to long-standing title problems that came with the property at the time the Debtor purchased it from the bankruptcy estate of Reichmann Petroleum Corporation. On June 16, 2010, the Debtor finally resolved these problems by agreeing to a "Stipulation of Interest" with ConocoPhillips Company, the operator of the fifteen wells on this lease in which the Debtor has an interest. The Debtor is now waiting for ConocoPhillips to complete an accounting of the joint interest

billings and net revenue funds related to these stipulated interests, at which point the Debtor will have the information necessary to fully inform potential buyers of the market value of its interests in these wells, which should lead to renewed bidding and a sale within 2-4 weeks.

e.      **Other property sales.**   The Debtor owns other mineral interests not included in the above-referenced sales that it is also trying to sell in order to fund Plan payments.   The most valuable property among these is the "deep rights" on the Peal Ranch lease.   The Debtor recently has received interest in these deep rights from individual buyers that could lead to a sale within 30-60 days.

6.      If the Debtor is given an extension of the Effective Date to accomplish all the above actions, it should receive the funds necessary to make the payments due to creditors under the Plan.  Without such an extension, there is unlikely to be enough funds available to make significant payments to unsecured creditors.   The Debtor seeks a minimum extension of the Effective Date of sixty days and a maximum of ninety days.

7.      The Debtor has requested an expedited hearing on this Motion on June 29th, 2010, pursuant to a Request for Expedited Hearing filed concurrently herewith.

WHEREFORE, the Debtor requests the Court to enter an order approving the extension of the Effective Date for 60-90 days, and for such other and further relief as this Court may deem just and proper.

DATED: June 23, 2010.       Respectfully submitted,

**WRIGHT GINSBERG BRUSILOW P.C.**

By: */s/ Paul B. Geilich*
      Frank J. Wright
      Texas Bar No. 22028800
      Paul B. Geilich
      State Bar No. 07792500
      C. Ashley Ellis
      Texas Bar No. 00794824
      Thomas P. Bingman
      Texas Bar No. 24060919

      600 Signature Place
      14755 Preston Road
      Dallas, Texas 75254
      (972) 788-1600
      (972) 239-0138 (fax)

**ATTORNEYS FOR DEBTOR,
MSB ENERGY, INC.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 23, 2010, a true and correct copy of the foregoing *Motion to Extend Effective Date of Plan of Reorganization* was served via the ECF system of the Bankruptcy Court on the persons named below via email and/or certified mail and/or Federal Express, and also served via first class United States mail, postage prepaid on each of the parties on the attached service list.

      */s/ Paul B. Geilich*
      Paul B. Geilich

## June, 2010 Sale Minimums

| LEASE | WI | NRI | County | Minimum |
|---|---|---|---|---|
| ARCO FEE #2 | 0.405 | 0.30375 | Hardin | $700,000 |
| DOTY JACKSON #4 | 0.405 | 0.313242 | Hardin | |
| DOTY JACKSON A-1 | 0.405 | 0.30375 | Hardin | |
| DOTY JACKSON C #5 | 0.405 | 0.313242 | Hardin | |
| LAWRENCE #1H | 0.1875 | 0.100625 | Johnson | $800,000 |
| LAWRENCE #2H | 0.25 | 0.1875 | Johnson | |
| PANNELL #1H | 0.125 | 0.09375 | Johnson | |
| ROSS #1H | 0.045625 | 0.034219 | Johnson | |
| LAUREL MINERALS # 1 | 0.03892954 | 0.029197 | Zapata | $500,000 |
| LAUREL MINERALS # 2 | 0.016425 | 0.012319 | Zapata | |
| LAUREL MINERALS # 3 | 0.0097916 | 0.007344 | Zapata | |
| LAUREL MINERALS # 4 | 0.001125 | 0.000844 | Zapata | |
| LAUREL MINERALS # 5 | 0.039375 | 0.029531 | Zapata | |
| LAUREL MINERALS # 7 | 0.039375 | 0.029531 | Zapata | |
| LAUREL MINERALS # 8 | 0.039375 | 0.029531 | Zapata | |
| LAUREL MINERALS # 9 | 0.039375 | 0.029531 | Zapata | |
| LAUREL MINERALS #10 | 0.039375 | 0.029531 | Zapata | |
| LAUREL MINERALS #12 | 0.039375 | 0.029531 | Zapata | |
| LAUREL MINERALS #14 | 0.0128125 | 0.009609 | Zapata | |
| LAUREL MINERALS #15 | 0.0128125 | 0.009609 | Zapata | |
| LAUREL MINERALS #16 | 0.0675 | 0.050625 | Zapata | |
| LAUREL MINERALS #17 | 0.0675 | 0.050625 | Zapata | |
| LAUREL MINERALS #18 | 0.0675 | 0.050625 | Zapata | |
| MARTINEZ #1 | 0.15624499 | 0.117184 | Zapata | $50,000 |
| MARTINEZ #2 | 0.15624499 | 0.117184 | Zapata | |
| MARTINEZ #3 | 0.15624499 | 0.117184 | Zapata | |



EXHIBIT
A

Howard Lou Enterprises
Louis E. Gibson, Managing Partner
129 Durango Trail
Georgetown, TX 78633-4875

Stephen Douglas Statham, U.S. Trustee 7
Office of the U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002-2604

1COR4:7, LLC
Gary R. Grace
P.O. Box 1300
Elk Grove, CA 95759-1300

A&R Pipe Company
101 Cty Rd . 390
Mathis, TX 78368-4087

Alvin Betzel III & Shelia C. Betzel
c/o Thomas D. Powers
Harris, Finley & Bogle, P.C.
777 Main St., Suite 3600
Ft. Worth, TX 756102

Richard Parker
c/o Thomas D. Powers
Harris, Finley & Bogle, P.C.
777 Main St., Suite 3600
Ft. Worth, TX 756102

Freedom Pipeline, L.L.C. , Llano Group, LLC
and Llano Consolidated Resources, LLC
c/o Matthew S. Okin/Sara Mya Patterson
Okin Adams & Kilmer LLP
1113 Vine St., Suite 201
Houston, TX 77002-1045

Upstream Energy Services, LP
c/o Barry Brown, Attorney
7322 SW Freeway, Suite 1100
Houston, TX77074-2032

2003 Carlton Jay McMillan Non Revocable
Carlton J. McMillan
2192 Blue Heron Loop
Lincoln, CA 95648-8747

ACME Truck
P.O. Box 183
Harvey, LA 70059-0183

Alvin C . & Sylvia H. Robinson
1424 C.R. 1107 A
Cleburne TX 76031

Harris County
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

MSB Energy Inc.
1001 Fannin St.
Suite 270
Houston, TX 77002

3 Star Daylighting, LP
c/o A-J Mitchell
6647 South FM 56
Glen Rose, TX 76043-6359

Alan Banksdale
First Security Center
521 President Clinton Ave., Suite 800
Little Rock, AR 72201-1787

American Advalorem Tax Consultants Inc.
P. O. Box 63305
Corpus Christi,  TX 78466

Amici Investment, LLC
Carlos A. Ugolini
338 Spyglass Drive
Coppell , TX 75019-5430

Bamco Gas, LLC
c/o Alan Barksdale
First Security Center
521 President Clinton Ave, Suite 800
Little Rock, AR 72201-1787

Ben Jackson Plumly
50 Oak Bluff
New Braunfels, TX 78132-3853

Anthony Battagello
9000 Crow Canyon Road
Suite South 250
Danville, CA 94506-1189

Bamco Oil & Gas, LLC
c/o Alan Barksdale
First Security Center
521 President Clinton Ave., Suite 800
Little Rock, AR 72201-1747

Berry Creek Farms
Carey Nelson
6012 N. FM 157
Venus, TX 76084-3246

Attorney General of Texas
Bankruptcy Division
P.O. Box 12548
Austin, TX 78711-2548

Bank of Oklahoma, N.A.
c/o Neil J. Orleans
Goins, Underkofler, Crawford & Langdon, L.L.P.
1201 Elm St., Suite 4800
Dallas, TX 75270

Bottom Line Investments, Ltd.
400 North Carroll Avenue
Southlake, TX 76092-6406

Bosco Services
P.O. Box 333
Bridgeport, TX 76426-0333

C2 Legal of Houston
919 Milam, Suite 120
Houston, TX 77002-5338

Caney Head Construction, Inc.
P.O. Box 1567
Silsbee, TX 77656-1567

Canyon Partners, LLC
c/o Lawrence Van Ingen, III
611 S. Main Street, Ste 400
Grapevine, TX 76051-5376

Carlton J. & Sharon McMillan
2192 Blue Heron Loop
Lincoln, CA 95648-8747

Charles E . Gebhardt
5701 Woodway Drive.
Suite 320
Houston, TX 77057-1515

Capital Couriers
10878 Westheimer Rd., Suite 150
Houston, TX 77042-3202

Charles M. Ross
5848 C.R . 401
Grandview, TX 76050

Carlos V. Sandoval
c/o Dean M. Fuller
Law Office of Dean M. Fuller
5001 Spring Valley Road
1000 Providence Towers East
Dallas, TX 75244

Explo Oil, Inc.
c/o Dean M. Fuller
Law Office of Dean M. Fuller
5001 Spring Valley Road
1000 Providence Towers East
Dallas, TX 75244

Carrizo Oil and Gas, Inc.
c/o James Matthew Vaughn
Porter & Heges, L.L.P.
1000 Main St., 36th Floor
Houston, TX 77002

Charles W. Anderson
8501 Miller Road 3 Unit 3
Houston, TX 77049-1720

Clearwater International LLC
dba Weatherford Engineered Chemistry
Attn: Legal Dept.
515 Post Oak Blvd.
Houston, TX 77027

Condor Petroleum Co., Inc.
Attn: Margie R. Nixon
911 Walker Street, Suite 1011
Houston, TX 77002

David G. Stauffacher, Sr.
4953 County Trunk N.
Sun Prairie, WI 53590

Coast to Coast Energy Partners
400 North Carroll Avenue
Southlake, TX 76092-6406

Conoco Philips Gas Company
c/o Reinta D. King, Counsel
600 North Dairy Ashford
ML-3178
Houston, TX 77079

David P. Ihle
16993 County Road H
Osseo, WI 54758

Comptroller of Public Accounts
Revenue Accounting Division/Bankruptcy Dept.
111 East 17th St.
Austin, TX 78774

Darden Properties, Ltd.
Attn:  Dorothy M. Darden
301 Pecan Street
Bandera, TX 78003

David and Karen Borlace
913 N. Milford Road
Milford, MI 48381

Deane Oil and Gas, LP
Attn:  Early Deane III
PO Box 566
Bandera, Texas 78003

Dogwood Operating Company, Inc.
c/o Don Beckham
1001 Fannin, Suite 270
Houston, TX 77002

Dogwood Operating Company, Inc.
Attn: Patrick D. Devine
Law Office of Patrick D. Devine
5120 Woodway, Suite 8002
Houston, TX 77056

Douglas Investmentsy LLC
Attn:  James Douglas, Jr.
17823 Cypress
Villas Drive Spring, TX 77379-8174

Derek L. Hoelscher and Kelly R. Hoelscher
c/o Jeffrey S. Davis
Attorney at Law
1422 Berry Drive
Cleburne, TX 76033

Don Rhodes and Associates, Inc.
940 E 51st St., Suite 108
Austin, Texas 78751

Eckard Brandes
592 Freehaven Drive
Montecito, CA 93108

Discovery Services of Texas, Inc .
4201 Caroline Street
Houston, TX 77004-4836

Donald C. Fulbright, Sr.
2628 Sarah Jane Lane
Ft. Worth, TX 76119-4647

Eddith Mattox
15325 E. Highway 84
Axtell, TX 76624-1512

Eleven-o-Seven Properties, LLC
Attn: Johnnie L. Robinson
1456 CR 1107-A
Cleburne, TX 76031

Eric N . Kiersh
401 Hidden Creek Circle
Sealy, TX 77474-9215

Flatrock Compression, Ltd.
10940 W-Sam Houston Parkway N.
Suite 350
Houston, TX 77064-5770

Freedom Pipeline, LLC
c/o Alan Banksdale
First Security Center
521 President Clinton Avenue
Little Rock, AR 72201-1787

Frost National Bank, N .A .
Stan McCormick
100 West Houston Street
San Antonio, TX 78205

GW Wireline, Inc.
P.O. Box 725
Mineral Wells, TX 76068-0725

Gaertner Leasing
P.O. Box 10740
Corpus Christi, TX 78460-0740

Gary & Kelly Grace Family Trust
Attn: Gary Grace
2275 Lemoyne Way 20
San Jose, CA 95130

Genesis Energy, LP
Attn: Ross A. Benevides
919 Milan St., Suite 2100
Houston, TX 77002-5417

Gosi Energy Services
P.O. Box 157
Zapata, tX 78076-0157

Graves & Co.
1415 Louisiana, Suite 2100
Houston, TX 77002-7344

Guy W. Ewing, III
904 Kemper Drive
Mansfield, TX 76063-3707

H & L Resources, LLC
Attn: Charles E. Lewis
24900 Pitkin St., Suite 104
Spring, TX 77386-1942

Harris T. Gordon
13 Hillside Lane
Yardley, PA 19067-5403

Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7673

Henry Dale Roe
18780 China Spring Road
Valley Mills, TX 76689-2641

Hermat Oilfield Service, Inc.
4085 Emil Street
Robstown, TX 78380-6054

Industrial Outfitters, Inc.
P.O. Box 6838
Abilene, TX 79608-6838

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

J & J Pipe and Supply, Inc.
P.O. Box 276
Ganadoz, TX 77962-0276

Jennifer O. Murphy
1626 Seahouse Street
Sebastian, FL 32958-6061

Jim D. Gilstrap
4419 Jamica Drive
Sugar Land, TX 77479-2111

John Foester
2421 State Hwy 238
Port Lavaca, TX 77979-5453

John R. Snedegar
1431 Greenway Dr., Suite 640
Irving, TX 75038-2429

Joseph Vlahovic
2301 W. Impala Avenue
Mesa, AZ 85202-5505

Julissa D. Neely
1252 Villagio Dr.
El Dorado Hills, CA 95762-5529

Joseph M. Coleman/Robert J. Taylor
Kane, Russell, Coleman & Logan
1601 Elm St., Suite 3700
Dallas, TX 75201

Kerogen Resources, Inc.
Attn: Thomas G. Harris
1880 S. Dairy Ashford, Suite 545
Houston, TX 77077-4847

Kono, Ltd.
Attn: Ryan Youngblood
816 Congress Ave., Suite 1130
Austin, TX 78701-2471

L . L . Wesley
1224 Crossbridge Lane
Roanoke, TX 76262-4913

La Duquesa, Ltd.
Attn: L.S. Casso-Gomez
2121 Sacramento Street #301
San Francisco, CA 94109

Laguna Madre Oil & Gas II, LLC
Attn:  John C. Craig
2314 McAlister Road
Houston, TX 77092-8025

M J & Dawn Joanne Moore
8201 C. R. 108 C
Alvarado, TX 76009

Martin Truck Services, Inc.
476 Trail Drive,
Bowie, TX 76230-6313

Lenell Deane
101 Ranch House Road
Kerrville, TX 78028

Mac Shafer
1004 NW 11th St.
Mineral Wells, TX 76067-3400

Mary & Louis Neely
1528 Barcelona Drive
El Dorado Hills, CA 95762-7211

Linebarger Goggan Blair & Sampson
University Center, Suite 1720
2323 Bryan Street
Dallas, TX 75201-2603

Marley Investments L.P.
Attn:  Robert M . Spencer
P.O. Box 100997
Ft. Worth, TX 76185-0997

McCutchin Limited Partnership
Attn:  Sharon L. Mccutchin
14833 Midway Road, Suite 200
Addison, TX 75001-4955

Melvin Robinson
3204 Chapel Ct.
Bryan, TX 77803-0432

Michael & Kim Hamilton
1550 C.R. 1107 A
Cleburne, TX 76031

Michael W. & Cheryl Davis
1632 C. R. 1107 A
Cleburne, TX 76031

Mike Vlahovic
2301 W. Impala Avenue
Mesa, AZ 85202

Millennium Minerals Corporation
Attn: Jerome J. Conser
2901 Haymeadow
Carrollton, TX 75007-5207

Mining Oil, Inc.
c/o William Vincent Walker
Attorney at Law
3704 Garrott
Houston, TX 77006

Mining Oil, Inc.
c/o Keavin D. McDonald
Law Offices of Keavin D. McDonald, P.C.
4543 Post Oak Place Dr., Suite 106
Houston, TX 77027

Mustang Energy, Inc.
Attn: John R. Simonetti
6118 Country Falls Lane
Kingwood, TX 77345-1971

Neumin Production Company
Attn: Y. C. Yang
9 Peach Tree Hill Road
Livingston, NJ 07039-5702

Oilfield Treating Chemicals, Inc.
P.O. Box 276
Raymondville, TX 78580-0276

Orville E. Nickelson
P.O. Box 21
Weskan, KS 67762-0021

Paloma Ventures, Inc.
Attn: Richard Molar Mayfield, Jr.
19326 Indigo Lake Drive
Magnolia, TX 77355-3155

PetroAcct, L.P.
8323 Southwest Freeway, Suite 900
Houston, TX 770774-1615

Philip L. Keesling
1129 Star Park Cir.
Coronado, CA 92118-2843

Portia Schmidt
P.O. Box 768
Daniels, WV 25832-0768

Ramiro V. Marinez
233 Lake Powell
Laredo, TX 78041-1958

Jason R. Searcy, Trustee of the Reichmann Creditors' Trust
Attn: Jason Searcy
Searcy & Searcy, P.C.
P.O .Box 3929
Longview, TX 75605

Richard W. Shelley
3975 S.H. 79S
Wichita Falls, TX 76310

Rosa I. Santos
405 Manor Road
Laredo, TX 78041-2754

Sam Houston Electrical Cooperative
P.O. Box 1121
Livingston, TX 77351-1121

Sandra Y. Rodriguez
405 Manor Road
Laredo, TX 78041-2754

Select Industries, Inc.
P.O. Box 2450
Wichita Falls, TX 76307-2450

Sharon J. Cumins
1501 C.R. 1107 A
Rio Vista, TX 76093

Striker Legacy Interests
 - CJ Properties, LLC
Attn:  Mark S. Roberts
5750 Genesis Court, Suite 110
 Frisco, TX 75034-4168

Swastesters, Inc.
P.O. Box 255
Saratoga, TX 77585-0255

South Barnett Resources, LLC
Attn:  Mark A. Bush
1600 Smith Street, Suite 5100
Houston, TX 77002-7383

Southern Flow Companies, Inc.
P.O. Box 51475
Lafayette, LA 70505-1475

Striker Petroleum
5750 Genesis Ct., Suite 110
Frisco, TX 75034-4163

Tanglewood Oilfield Service, LLC
P.O. Box 1536
Decatur, TX 76234

Southern Flow Companies, Inc.
1609 Heritage Commerce Ct.
Wake Forest, NC 27587-4245

Texas Capital Growth Investors
Attn:  William T. Brennan
710 Colorado St., Suite Unit 2H
Austin, TX 78701-3022

Texas Energy Service, LLC
3000 S. Highway 281
Alice, TX 78332-2962

Texas Workforce Commission
101 East 15th Street
Austin TX 78778-0001

Baby Jack, LLC and Striker Petroleum
c/o Tom McMurray
McMurray Law Firm
109 S. Woodrow Lane, Suite 700
Denton, TX 76205-6331

U. S. Trustee's Office
110 N . College Street, Suite 300
Tyler, TX 75702-7231

William E. Walthers
HC 71 Box 1510 G
Hanover, NM 88041-9721

Wynn-Crosby Operating, Ltd.
5500 W. Plano Parkway, Suite 200
Plano, TX 75093-4864

Texas Maximum Production Company
P.O. Box 1436
Decatur, TX 77002

Texas Wyoming Drilling, Inc.
Attn:  Charlie Lawrence
403 Dennis Road
Weatherford, TX 76087-9097

Tubing Testers, Inc.
P.O. Box 655
Archr City, TX 76351-0655

Umphes Production Services, Inc.
P.O . Box 1090
Zapata, TX 78076-6227

William Erb
4871 Myrtle Drive
Concord, CA 94521-1433

X Chem, Inc.
P.O. Box 971433
Dallas, TX 75397-1433

Texas Wellspring Energy Group, Inc.
Attn: James L. Anderson
1235 Stillwater Trail
Carrollton, TX 75007-6230

U. S. Attorney
110 N . College Ave. Suite 700
Tyler, TX 75702-0204

Wynn-Crosby Holdings GP, LLC
Attn: Ronald W. Crosby
5500 W. Plano Parkway, Suite 200
Plano TX 75093-4835

Attorney General
Office of the Attorney General
Main Justice Bldg, Room 5111
10th ST & Constitution Ave., N.W.
Washington, DC

Exterran Energy Solutions, L.P.
c/o Kevin M. Maraist
Anderson Lehrman Barre  & Maraist, LLP
1001 Third St., Suite 1
Corpus Christi, TX 78404

Toledo Gas Gathering, L.L.C.
c/o Vance P. Freeman/Jonathan Covin
Shore Freeman Mills, PC
2020 Bill Owen Pkwy., Suite 200
Longview, TX 75604

Chris Stacy
Chris A. Stacy and Associates, P.C.
1001 Fannin St., Suite 270
Houston, TX 77002

Thomas King Tomlinson, Jr.
286 El Camino Real Street
Port Lavaca, TX 77979-4931

Walter Battagello
959 Mingoia Street
Pleasanton, CA 94566-2265

XP Energy Partners LP, LLP and Leo "Chip" Hanly
c/o Timothy P. Dowling
Gary, Thomasson, Hall & Marks, P.C.
615 N. Upper Broadway, Suite 800
Corpus Christi, TX 78477

Securities and Exchange Commission
100 F. Street NE
Washington, D.C. 20549

Jeff Carruth
Reed & Elmquist, P.C.
604 Water Street
Waxahachie, TX 75165

City of Frisco
Attn: Laurie S. Huffman
Linebarger Goggan Blair & Sampson, LLP
23234 Bryan St., Suite 1600
Dallas, TX 75201

Creditor and/or Working Interest Owner
c/o Jon K. Alexander
Wilson, Robertson & Cornelius
P.O. Box 7339
Tyler, TX 75711

John Dee Spicer, Chapter 7 Trustee for Texas Wyoming
Drilling, Inc.
c/o Barabara Hargis
Harris, Finley & Bogle, P.C.
777 Main St., Suite 3600
Fort Worth, TX 76102

Katco Vacuum Truck Service LP
P.O. Box 399
Hebbronville, TX 78361

Clayton V. Levy
1001 Fannin, Suite 270
Houston, TX 77002

John W. "Jay" DeHaven
c/o O.W. Bussey, Jr., Attorney
1811 Bering, Suite 125
Houston, TX 77057

Duval County
c/o Diane W. Sanders
Linebarger, Goggan, Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

Aetna
P.O. Box 7247-0233
Philadelphia, PA 19170-0233

Chemical Weed Control
P.O. Box 512
Brownfield, TX 79316

Enerven Compression Services LLC
P.O. Box 671496
Dallas, TX 75267

T & J Valve
P.O. Box 1223
Artesia, NM 88211-1223

George Koo
1001 Fannin, Suite 270
Houston, TX 77002

The DeHaven Family LP
c/o O.W. Bussey, Jr., Attorney
1811 Bering, Suite 125
Houston, TX 77057

Action Production Services, LLC
P.O. Box 1317
Liberty, TX 77575

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

Coastal Chemical Co., LLC
P.O. Box 122214
Dept. 2214
Dallas, TX 75312-2214

Computer Home Services, LP
1811 Bering Dr., Suite 150
Houston, TX 77057

Crosstex DC Gathering Company
P.O. Box 730950
Dallas, TX 75373-0950

Crowe & Dunlevy
500 Kennedy Building
321 South Boston
Tulsa, OK  74103-3313

Fidelity Investments
Institutional Operations Co.
P.O. Box 73307
Chicago, IL  60673-7307

Legend Natural Gas III LP
410 W. Grand Parkway South
Suite 400
Katy, TX  77494

Native Oilfield Services, LLC
P.O. Box 101913
Fort Worth, TX 76185

Orange Oilfield Supply
P.O. Box 309
Orangefield, TX  77639-0309

PGH Engineers
7500 Rialto Blvd., Suite 150
Austin, TX  78735

R G Gauging & Operating
1006 W. Viggo
Hebbronville, TX  78361

Stewart Contract Services
P.O. Box 404
Strawn, TX  76475-0404

Stix Gas Co., Inc.
P.O. Box 847
Sinton, TX  78387

United Cooperative Services
P.O. Box 961079
Fort Worth, TX  76161-0079

W. Charles Walters
9110 FM 418
Silsbee, TX 77656

4 Bits LLC
Attn: Charles T. Clark, Jr.
21 Windwood
Jackson, TN  38305

Anderson Lving Tust
UA DTD 04 28 97
485 Via Hierba
Santa Barbara, CA  93110

The Anderson Family Trust
Attn: James P. Anderson & Carolyn A. Anderson, Trustees
P.O. Box 29
Palm Desert, CA  92260

Capital Growth Investors
117 Forrest Ave., Suite 202
Narberth, PA  19072

Coleman Hatherly, Jr.
5214 Ponderosa Lane
Corpus Christi, TX  78415

Condor Petroleum, Inc.
P.O. Box 339
Tioga, ND  58852-0339

Dale Hanst
56865 Springriver Drive
Sunriver, OR  97707

Danchok Family Trust Dated 8/2/99
Attm: Stephen L. and Claire L. Danchok
15765 N. E. Eilers Road
Aurora, OR  97002

Danny Jackson
6637 Belmont
Houston, TX  77005

Frank & Rose Fotia
14 Wedgefield Drive
Hilton Head, SC  29926

Karin Tucker
Karin E. Tucker and Danny F. Jackson PA
12356 Oak Cove Point
Conroe, TX  77304

Kona, Ltd.
816 Congress, Suite 1130
Austin, TX  78701

MJW LLC
c/o Justin Fowler
151 Summerset Ct.
San Ramon, CA  94583

PHT Martinez Partners LP
117 Forrest Ave., Suite 202
Narberth, PA  19072

RMS Gas, LLC
117 Forrest Ave., Suite 202
Narberth, PA  19072

Robert H. Layne Trust
Attn: Bart Keesling Trustee
P.O. Box 712
Muncie, IN  47308

Rogers & Anderson Partners
P.O. Box 29
Palm Desert, CA  92261

The Rogers Family Trust
Attn: David A. Rogers & Margaret M. Rogers,
Trustees71521 San Gorgonio
Rancho Mirage, CA  92270

William R. Turpin
1303 Robert E Lee Road
Austin, TX  78704

Wynn Crosby Partners I. Ltd.
P.O. Box 201888
Dallas, TX  75320-1888

Republic Parking Systems
1021 Main, Suite 1293
Houston, TX  77002

Standard Parking
909 Fannin Road
Houston, TX  77010

The Humphreys Family Trust
Attn: Michael L. Humphreys
86 SW Century Dr., Suite 444
Bend, OR  97702

The Stanger Family Trust
P.O. Box 3672
Palm Desert, CA  92261

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
The Terrace II, 2700 Via Fortuna Dr., Suite 400
P.O. Box 17428
Austin, Texas 78760-7428

David W. Elrod, Donald R. McClure, and Ronald D.
McClure
Elrod, PLLC
500 N. Akard Street, Suite 3000
Dallas, Texas 75201

FairPlay Gas Holdings Co., LLC
515 N. Fredonia
Longview, TX 75601

Charles DiBenedetto & Lillian DiBenedetto
c/o Jeffrey S. Davis
Attorney at Law
1422 Berry Drive
Cleburne, TX 76033

John and Marilyn Dahlberg, the John and Marilyn
Dahlberg Community Property Trust
Elrod, PLLC
500 N. Akard St., Suite 3000
Dallas, TX 75013

David Dean Knepper
1001 Fannin, Suite 270
Houston, TX 77002

Dennis Roosien
c/o Lynn Chuang Kramer
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, Texas 77002

Exterran Energy Solutions, L.P.
c/o Rebecca Lee, Supervisor
16666 North Chase Drive
Houston, TX 77060

Freedom Pipeline, LLC, Llano Consolidated Resources,
LLC
c/o Steven E. Looper
905 South Fillmore, Suite 600
Amarillo, TX 79102

Mining Oil, Inc.
1001 Fannin Street
Suite 270
Houston, TX 77002

Dogwood Operating Company, Inc.
9301 SW Freeway, Suite 250
Houston, TX 77074

Gas Group, Ltd.
c/o Dean M. Fuller, Attorney
1000 Providence Towers East
5001 Spring Valley Road
Dallas, TX 75244

Charles E. Gebhardt, M&M Lien Agent
Attn: Holly Hamm
Snow Fogel Spence, LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019

3 Star Daylighting, LP
P.O. Box 495
Cresson, TX 76035

Brian W. Rogers
Rogers | Davis | Hrach, L.L.P.
121 E. Constitution
Victoria, TX 77901

J. Robert Forshey
Matthew G. Maben
Forshey & Prostok, L.L.P.
777 Main Street, Suite 1290
Fort Worth, TX 76102

Jack R Pipes

1123 FM 2488 Road
P.O Box 567
Rio Vista, Texas 76093

Mrs. Roberta Bowman
3521 Eastridge Drive
Haltom City, Texas 76117

Mrs. Eddith Mattox 105 Capps Street
P.O. Box 522
Rio Vista, Texas 76093

Robert Yaquinto, Jr.
Sherman & Yaquinto, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208

Don C. Paedae
3216 Windmill Cr.
Cantonment, FL 32533

Joe Vick
14232 Marsha Lane
#339
Addison, TX 75001