Case 09-36638 Document 953 Filed in TXSB on 07/08/10 Page 1 of 4



IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 09-36638 |
| | § | CHAPTER 11 |
| MSB ENERGY, INC. | § | |
| | § | |
| DEBTOR | § | |

**ENTERED**
**07/12/2010**

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND EFFECTIVE DATE OF PLAN (DOCUMENT NO. 928)

Came on properly for consideration on June 29, 2010 the Debtor's Motion to Extend Effective Date of Plan ("Motion;" Document No. 928). Based on the Court's oral findings and conclusions as announced on the record, the Motion is hereby granted to the extent set forth below.

1. The "Effective Date" under the Plan is hereby changed to September 22, 2010 provided the Debtor timely does the following:

    A. The Debtor shall provide for all mineral interests it has sold to date, and for all mineral interests it currently has for sale, information in the form of <u>Exhibit 1</u> hereto for each such separate mineral property of the Debtor by filing with this Court a pleading with this information by July 19, 2010. The Debtor shall by July 31, 2010 file a document that lists its mineral interests it intends to sell that have not been sold (and the date it intends to place each such property for sale).

    B. If any sales of mineral interests of the Debtor occur hereafter through The Oil & Gas Asset Clearinghouse, LLC ("TOGOC") (or any party performing a similar function, including, but not limed to, EnergyNet.com), a report allocating the sales proceeds made by a qualified independent company (such as Forrest Garb & Associates) shall be filed of record in this Court within ten days after the closing of the sale when multiple interests are sold of the Debtor for a single total aggregate price, and one or more of the interests being sold are subject to a lien claim and the other interests being sold are not subject to a lien claim (or an interest is subject to competing lien claims).

Within 10 days after such an allocation report is filed, any interested party may object to the allocation by filing an objection with the Bankruptcy Court.

C. The Debtor shall file with this Court monthly operating reports for January 2010 through June 2010 by July 20, 2010. The Debtor shall thereafter file monthly operating reports timely (by the 20th day of the month for the prior month) until all creditors are paid in full.

D. The Debtor shall by July 19, 2010 file a document with this Court indicating, for Classes 1, and 3-8 under the Plan, the Allowed Claims in each class. This same document shall also indicate the amounts paid (and/or funds set aside to pay) to each class of creditors under the Plan to date, itemized by class.

E The Debtor shall file a report with this Court on August 31, 2010 summarizing the then current state of matters regarding the sale of assets of the Debtor (sold and up for sale at that time) in the form of Exhibit 1 hereto.

2. A status hearing will be held in this Court on September 22, 2010 at 1:30 pm to evaluate the performance of the Debtor under the Plan as of that time. If the Debtor wishes to extend the Effective Date of the Plan beyond September 22, 2010 it must file a pleading requesting such relief no later than 5:00 pm on September 15, 2010.

Signed this 12th date of July, 2010.

Jeff Bohm
United States Bankruptcy Court Judge

Agreed as to form and substance:

/s/ Paul Geilich
Paul Geilich
Ginsberg Brusilow, P.C.
Counsel for the Debtor
14755 Preston Road, Suite 600
Dallas, Texas 75254
(972) 788-1600
(FAX) 972-239-0138
pgeilich@wgblawfirm.com

2

*/s/ Kevin M. Maraist*
Kevin M. Maraist
Counsel for Exterran Energy Solutions, L.P.
1001 Third St., Suite 1
Corpus Christi, TX 78403
361-884-4981
361-884-1286 (fax)
kmaraist@albmlaw.com

*/s/ Neil J. Orleans*
Neil J. Orleans
Goines, Underkofler, Crawford & Langdon
Counsel for Bank of Oklahoma, N.A.
1201 Elm Street
Suite 4800
Dallas, TX 75270
(214) 969-5454
(214) 969-5902 (fax)
neilo@gucl.com

*/s/ Timothy P. Dowling (by Paul Geilich, with permission)*
Timothy P. Dowling
Federal I.D. No. 2431
Gary, Thomasson, Hall & Marks, P.C.
Counsel XP Energy Partners LP LLP,
and Leo "Chip" Hanly
615 N. Upper Broadway, Suite 800
Corpus Christi, Texas 78477
(361) 884-1961
FAX (361) 889-5100
tdowling@gthm.com

361549.2/3899.02

3

<u>Exhibit 1</u>

| Item No. | MSB's mineral property description (well by well) (*e.g.* Frost No. 1, etc.) | Price (current offering price if unsold; agreed sales price if sales contract signed) | If sold, indicate if sale closed or sale pending (if closed, indicate date of closing; if pending, indicate expected closing date) | Sales proceeds allocation information |
|---|---|---|---|---|
| 1. | | | | Gross sales proceeds: $_____<br><br>Selling costs: $_____<br><br>Net proceeds: $_____<br><br>Proceeds to the Bank of Oklahoma or to any other lien creditor (if any): $_____ (if the property is unsold, indicate the percentage of the net proceeds that will go to the Bank or any other lien creditor; specify the percentage of each):_____%<br><br>Proceeds to (1) Debtor or (2) the Plan's Trust (indicate which): $_____ |

4